FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 15 2019

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR CARSON, PLAINTIFF,

V.                                             CASE NO. 4:19cv256-BSM

ROGER LACY, dba, D & B JANITORIAL SERVICES,
LAIDLAW & LACY, INC., AND CORPORATION-
SERVICES CO., DEFENDANTS.

COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

COMES NOW, ARTHUR CARSON, PLAINTIFF, Brings this His Complaint and

Request for Jury Trial.

This case assigned to District Judge Miller
and to Magistrate Judge Kearney

JURISDICTION:

This Court has Jurisdiction pursuant to Title 42 U.S.C. 2000e; 42 U.S.C. 1981; and

15 U.S.C. 1681b(2)(A)(ii), of the Fair Credit Reporting Act.

I. PARTIES:

1). ARTHUR CARSON, PLAINTIFF, 10434 W. 36Th St #10-B, Little Rock, AR 72204;

2). Roger Lacy, Registered Agent for D & B Janitorial Services, and Laidlaw & Lacy, Inc.,-

Defendants- 1 lakewood, North Little Rock, AR 72219;

3). Corporation Service CO., dba, First Advantage CO., 300 Spring Blvd # 900,

Little Rock, AR 72201.

(1)

## II. PLAINTIFF'S EEOC'S EXHAUSTION OF REMEDIES:

On April 9, 2019, the Equal Employment Opportunity Commission issued its

Notice of Right to Sue Letter, attached as Plaintiff Exhibit-(A),Charge NO.493-2018-01608)

## III. STATEMENT OF THE CLAIMS
## DEFENDANTS DISCRIMINATORY HIRING POLICY

1). Om July 3, 2018, Plaintiff. Hereinafter "Carson", spoke with "Anita", the Representative

For Roger Lacy or D & B Janitorial Services, whom were Responsible for Hiring. Carson

Sought a job cleaning Office Buildings, as a result filled out an Application, which asked the

Question about past Felony Convictions, in which Carson answered "Yes". however, such

Felony convictions were more than thirty-two years.

Carson has maintained a clear record and conduct since, and the "Box Question" at this stage

Were a prejudicial stigma, that truncated any fair chance of an Interview, and employment.

In addition, Anita, as subterfuge, informed Carson as long as there was no conviction for theft,

He would not be disqualified.where Anita later giving Carson a slip of paper with instructions for

A Little Rock Police Department background check was disingenuous, since the Police

Departments Background check produced no past felonies. Since this Report were done at

Carson's expense on July 5, 2018, while the Defendants did another background check without

Carson's consent with "First Advantage CO"., whom used inaccurate data, e.g.," Alias name-

Of Arthur Ray". Carson did not discover until July 12,2018.

However, Anita informed Carson July 5, 2018, there was only one building He could work

Of The admission of a prior felony, yet there were job openings,

2). On July 6, 2018, Carson called Anita, and asked for clarification as to why He could Not work at any other Building that had job openings. Anita hung up the Phone within 34 seconds. The Phone conversation was conducted on Speaker and heard by others, ( Ms. Jewellean Moore).

## DISCRIMINATORY EFFECTS LIABILITY:

3). Defendant's total ban on Employing Prior felons or permitting a fair opportunity to Work at "Other Buildings" sic], has a more harmful effect for Carson as an African-American Male, who have automatically or categorically been excluded from everything Except Felony Convictions in the United States, where as many as 100 Million Adults in The United States have a Criminal Record of some sort. The United States Prison Population Of 2.2 Million Adults, (Bureau of Justice Statistics, survey of States Criminal History information-Systems. 2012, Jan. 2014). Since 2004, an average of over 650,000 individuals have been Released annually from Federal and State Prisons, (E. Ann Carson, Bureau of Justice Statistics, U.S. Dept. of Justice, Prisoners in 2004, Sept. 2015, at 29, appendix tbls. 1 & 2).
  In Arkansas, the rate of Incarceration per 100,000 of the Population for "Whites- 478", "African-Americans 1846;" "Hispanics-288", as per the (Sentencing Project, Uneven Justice-State Rates of Incarceration by Race and Ethnicity, By M. Mauer & Ryan S. King, July 2007).

(3)

4). The Defendant, Corporation Services Company, conducted a second background investigation without authorization or consent from Carson, the subject of the Report. This clandestine Process was initiated, and filled with inaccurate data, e.g., associating "Arthur Ray" as an Alias of Carson. There exist No legitimate Court Records to corroborate this claim.

On July 14, 2018, Carson emailed First Advantage lodging His complaint, and submitted a Written complaint on July 20, 2018, to No avail.

The Defendants, in concerted action with Defendant Laidlaw's Biased overzealous process Had a disparate impact to Carson, and all African-American Males, which substantially Affected His ability to obtain "Fair Consideration" at Employment, are the proximate Cause of Carson's injuries.

## DISPROPORTIONALITY:

5). There exist NO relationship between Carson's past 32 Year old Conviction used, and The potential risk in cleaning empty office(s) Building after hours, that may pose a greater Risk than any individual without such a record. The Defendants practice, and policies, Is contrary to proven Research, which lucidly establishes older criminal history over Time the likelihood of a Person committing another crime approximate the risk of Someone who never committed a crime.

The Defendants failed to consider any mitigating factors of rehabilitation, and such policy Has an unjustified Discriminatory adverse effect on African-American Males as Carson,

(4)

and rather than applying any objective measures, Defendant has imported the Racial And Ethnic disparities that exist in the Criminal Justice System into the Employment process, Whether Defendants intended or not to Discriminate, and have done so, (Texas Dept. of - Housing & Cmt. Affairs V. Inclusive Cmtys. Project, Inc., 135 S.Ct. 2507, 2015).

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAY, THAT DECLARATORY AND INJUNCTIVE RELIEF BE GRANTED; Compensatory Damages of $100,000 from Each Defendants, Trial by Jury, and all Else relief this Court deem Equitable and Just.

### VERIFICATION:

I, Arthur Carson, swear the foregoing statement of claims are true and correct, to the best Of My knowledge, pursuant to 28 U.S.C. 1746.

Dated This 12th day of April, 2019.

*Arthur Carson* .

Arthur Carson
10434 W. 36th #10-B
Little Rock, AR 72204
(501-240-3437)
artcarson67@gmail.com

Little Rock, AR 72204

Suite 200
Little Rock, AR 72201

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2018-01608 | Tyrone Y. Blanks, Investigator | (501) 324-5083 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*

APR 0 9 2019

Enclosures(s)

William A. Cash, Jr.,
Area Office Director

*(Date Mailed)*

cc: **Anita Cotton**
**Personnel Manger**
**D & B JANITORIAL SERVICES**
**124 W Capitol Avenue**
**Suite 1700**
**Little Rock, AR 72201**

#"A"

be considered for a position with our company, you
department. The background check should cost you will need to get a background check from the local police
anyone who has drugs, theft or a felony on their backgrund $5.00. Per our company policy, we cannot hire
Department at 700 W. Markham. If you live in North Lound. If you live in Little Rock, go to the Little Rock Police
at 200 W. Pershing. ttle Rock, go to the North Little Rock Police Department

You will also need another form of ID (like your Social S

ecurity Card or Birth Certificate).

you have any questions, contact Anita at (501) 376-285

5.

\#1

Date: 7-5-18

Name: Arthur Carson

Date of Birth: 4-4-54   Race: BL   Sex: M

Driver's License Number: 932930948

This is to certify we have checked the Criminal/Traffic records files of the Little Rock Police Department and find you have the record(s) listed below:

| DATE | CHARGE | DISPOSITION |
|------|--------|-------------|

On basis of information furnished
NO CRIMINAL RECORD
found in the Little Rock Police
Department Criminal Records Division

Note: Copies of this document and/or alteration to any part will invalidate this record Search.

Criminal record searches include all felony charges. Routine searches do not cover all misdemeanor charges before 1978. This a local (City of Little Rock) Record Check **only**. It does **not** include statewide Criminal/Traffic Records.

Record Search Made By:

_____
Records and Support Division/LRPD

X #2

LRPD Form 5600-93
Rev 08-28-02

CARSON, ARTHUR
2000 RICE ST
LITTLE ROCK, AR 72202

07/05/2018

Dear Consumer:

Please be advised that First Advantage Background Services Corp ("First Advantage") is reporting public record information concerning you to:

LAIDLAW INC.
124 W CAPITOL AVE STE 1410
LITTLE ROCK, AR 72201-3736

The results of this search, a copy of which is enclosed, are confidential and will not be distributed to any organization other than the one that originally requested it. The results are not an indication of an acceptance or a rejection of your employment or service. A separate letter may be forthcoming from the organization that requested your report to indicate acceptance or rejection.

If you have any questions, please call our consumer disclosure center at:
1-800-845-6004

Sincerely,

First Advantage

X #3