IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS

**ARTHUR CARSON**                                                                                              **PLAINTIFF,**

vs.                              **CASE NO. 4:19-cv-00256-BSM**

**ROGER LACY, dba D & B JANITORIAL SERVICES;** *et al*.            **DEFENDANTS.**

## MOTION TO DISMISS

Defendant First Advantage Background Services Corporation ("First Advantage"), incorrectly identified in Plaintiff's Complaint as "Corporation Service Co., dba, First Advantage Co.," respectfully moves this Honorable Court to dismiss Plaintiff's claims against it, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6).

Pursuant to Local Rule 7.2(a), this motion is accompanied by a brief, the contents of which are incorporated by reference.

Date:  May 16, 2019                                  /s/ Jason A. Spak
                                                     Jason A. Spak
                                                     FISHERBROYLES, LLP
                                                     P.O. Box 5262
                                                     Pittsburgh, PA 15206
                                                     T:  412-230-8555
                                                     E:  jason.spak@fisherbroyles.com
                                                     *Counsel for First Advantage*

## CERTIFICATE OF SERVICE

I certify that on May 16, 2019, I filed the foregoing Motion to Dismiss with the Court's ECF system, which will send a Notice of Electronic Filing to, and thereby effect service upon, all counsel of record.  I further certify that on the same date, I served the same document upon Plaintiff by first-class United States mail, postage prepaid, addressed to Arthur Carson, 10434 West 36th #10 B, Little Rock, AR 72204; and upon Defendants Roger Lacy, D & B Janitorial Services, and Laidlaw & Lacy, Inc. via email to their counsel per Fed. R. Civ. P. 5(b)(2)(E).

                                                     /s/ Jason A. Spak
                                                     Jason A. Spak
                                                     FISHERBROYLES, LLP