

**Actual Account:** atldispute
**Acting as Account:** scn262325

---

If your consumer is a California resident, the following notice is provided as required under California law:

**IMPORTANT NOTICE UNDER CALIFORNIA LAW**

**First Advantage does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. In California, First Advantage shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures.**

**First Advantage no garantiza la exactitud o veracidad de la informacisn en cuanto al objeto de la investigacisn, sino que solamente copia la informacisn de los archivos pzblicos con exactitud. La informacisn generada a ramz del robo de identidad, incluyendo evidencia de actividad criminal, puede ser incorrectamente asociada con el consumidor objeto de este informe. El cliente esta de acuerdo y certifica que al ordenar y usar este informe esta en estricto cumplimiento de cualesquiera leyes o regulaciones locales, estatales y federales que sean aplicables.**

---

```
Report For:                                    Date Ordered: 07/05/18
CARSON, ARTHUR WAYNE                           Last Updated: 07/06/18
SSN REDACTED8467
   Sex male
2000 RICE ST LITTLE ROCK Arkansas 72202

First_Advantage National Criminal File Plus Search - 2 matches
First Advantage Public Records Search
```

| SSN VALIDATION |
|---|

SSN REDACTED8467 was VALIDLY ISSUED
in 1966
in TX

| DEVELOPED NAMES AND ADDRESSES |
|---|

One additional name and address was found.  Click here to view the report.

| FIRST_ADVANTAGE NATIONAL CRIMINAL FILE PLUS SEARCH |
|---|

```
Name:              CARSON, ARTHUR WAYNE
Date Of Birth:         REDACTEDxxxx
```

```
SSN:
1) Alias Name:        CARSON, ARTHUR
1) Alias DOB:         REDACTED XXXX
2) Alias Name:        CARSON, ARTHUR ARAY
2) Alias DOB:         REDACTED XXXX
3) Alias Name:        CARSON, ARTHUR RAY
3) Alias DOB:         REDACTED XXXX
4) Alias Name:        CARSON, ARTHUR W
4) Alias DOB:         REDACTED XXXX
Source:               TEXAS DEPARTMENT OF PUBLIC SAFETY
State:                TX
Case Number:          C74 4819 PM
Offense:              INMATE NUMBER: 219126
Offense Date:         05/15/1974
Sentence:             Court Fee: 25
                      Maximum Probation: 5 Years
Disposition:          COURT DISPOSITION: CONVICTED
                      COURT PHASE
Disposition Date:     11/10/1976
Current As Of:        05/06/2018

Name:                 CARSON, ARTHUR WAYNE
Date Of Birth:        REDACTED XXXX
SSN:
1) Alias Name:        CARSON, ARTHUR
1) Alias DOB:         REDACTED XXXX
2) Alias Name:        CARSON, ARTHUR ARAY
2) Alias DOB:         REDACTED XXXX
3) Alias Name:        CARSON, ARTHUR RAY
3) Alias DOB:         REDACTED XXXX
4) Alias Name:        CARSON, ARTHUR W
4) Alias DOB:         REDACTED XXXX
Source:               TEXAS DEPARTMENT OF PUBLIC SAFETY
State:                TX
Case Number:          TXAOCDPS2211068-3
Offense:              AGG ASSAULT ON POLICE OFFICER
Offense Date:         05/06/1986
Sentence:             TX236065C DCJ421209
                      Maximum Sentence: 5 Years
Disposition:          COURT DISPOSITION: CONVICTED
                      COURT PHASE
Current As Of:        05/06/2018
```

## PUBLIC RECORDS

| | | | |
|---|---|---|---|
| Search Type | **Felony & Misdemeanor Search** | Search Results | **CLEAR** |
| Type of Search | **FELONY & MISDEMEANOR RECORD SEARCH** | | |
| Date of Search | **07/05/2018** | | |
| Search Period | **06/21/2011 - 06/21/2018** | | |
| Address Covered | **DALLAS, TX** | | |
| Records Source | **DALLAS COUNTY DISTRICT AND COUNTY COURTS** | | |
| Location | **133 N INDUSTRIAL BLVD DALLAS, TX DALLAS COUNTY** | | |
| Name Searched | **ARTHUR WAYNE CARSON** | | |
| | **ARTHUR WAYNE CARSON** | | |

**Source Status History**

| Status Date | Action Date | Status |
|---|---|---|
| 07/05/2018 | 07/09/2018 | Search in progress. Estimated completion by Action Date. |

**Process History**

| Event Date | Action Date | Event Description |
|---|---|---|
| 07/05/2018 02:50:31 P.M. | | Search In Progress. |
| 07/05/2018 02:50:31 P.M. | | Search In Progress. |
| 07/05/2018 02:51:49 P.M. | 07/09/2018 | Your search is in progress |
| 07/05/2018 04:19:41 P.M. | 07/05/2018 | Your search is in progress |
| 07/05/2018 04:20:58 P.M. | | Search In Progress. |
| 07/05/2018 10:40:45 P.M. | | Record Judged. |

**All fully displayed personal identifiable information is customer-provided**

```
END OF REPORT FOR:
CARSON, ARTHUR WAYNE
```

   *** **All fully displayed personal identifiable information is customer-provided** ***

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

- You must be told if information in your file has been used against you. Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- You have the right to know what is in your file. You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score. Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.**

- **You have the right to dispute incomplete or inaccurate information. If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.**

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information. Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.**

- **Consumer reporting agencies may not report outdated negative information. In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.**

- **Access to your file is limited. A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.**

- **You must give your consent for reports to be provided to employers. A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.**

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report. Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.**

- **You may seek damages from violators. If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.**

- **Identity theft victims and active duty military personnel have additional rights. For more information, visit www.consumerfinance.gov/learnmore.**

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br><br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b. Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480 |

| | |
|---|---|
| Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street SW<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or<br>Federal Trade Commission: Consumer Response Center – FCRA<br>Washington, DC 20580<br>(877) 382-4357 |