| Account | Account # | Created By Full Name | Ultimate Master Account Name | Description |
|---|---|---|---|---|
| LAIDLAW INC | 1-1066425197912 | Siebel Administrator | LAIDLAW INC | Please be advised, I have not given consent for any background check.as<http://check.as> such, My Rights under the Fcra have been trampled.   Unless You remedy this matter, Court action will be sought. Arthur Carson 501-240-3437   *** This email was sent from a person or computer outside of FADV. If this message appears to be coming from a user with an FADV email address, it may be a spam/phishing attempt. Please make sure you review it before taking any action (e.g. clicking or forwarding).*** |