# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ARTHUR CARSON | 4:19-CV-00256-BSM |
| **DEFENDANT** | **TYPE OF PROCESS** |
| ROGER LACY, et al. | Complaint/Summons |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
LAIDLAW & LACY INC

**AT** — ADDRESS Street or RFD, Apartment No., City, State and ZIP Code
1 Lakewood, North Little Rock, AR 72219

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

ARTHUR CARSON
10434 West 36th #10 B
Little Rock AR 72204

Number of process to be served with this Form – 285:
Number of parties to be served in this case:
Check for service on U.S.A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Number, and Estimated Times Available For Service):

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 20 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
C. Newton
TELEPHONE NUMBER: 501-604-5351
DATE: 4/16/2019

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 09 | No. 09 | [signature] | 4/22/19 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

**REMARKS:**
5/8/19 Endeavor
5/17/19 Return Unexecuted

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

2019 MAY 20 AM 10: 15

U.S. Dep
United Sta
Eastern District of Arkansas
600 W. Capitol, Room A328
Little Rock, AR 72201

Official Business
Penalty for Private Use $300

**C** FOLD AND TEAR THIS WAY →

Return Receipt (Form 3811) Barcode

9590 9266 9904 2144 2603 17

1. Article Addressed to:

Laidlaw & Lacy Inc
1 Lakewood
North Little Rock, AR 72219

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2144 2603 14

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

4:19cv00256

Domestic Return Receipt

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Thank you for using Return Receipt Service

9414 7266 9904 2144 2603 14
RETURN RECEIPT REQUESTED

CERTIFIED MAIL

$7.60
US POSTAGE
FIRST CLASS
FROM 72201

-R-T-S- 7221920016-1N  31C 05/17/19
Laidlaw & Lacy Inc
1 Lakewood

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

NIXIE   731  DE 1310  0005/08/19
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD