IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 2 4 2019

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

ARTHUR CARSON, PLAINTIFF,

V.                             CASE NO. 4:19 CV-00256

ROGER LACY ET AL., DEFENDANTS.

PLAINTIFF'S REPLY TO DEFENDANT'S MOTION TO DISMISS WITH BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now the Plaintiff, Arthur Carson, And bring this Reply to Defendant's Motion to Dismiss.

1). Plaintiff has only consented to one background check, with the Little Rock Police Department At NO time has authorization or carte Blanche been given for multiple checks, especially to An Internet reliant Company as Defendants. It is this gauntlet before the application and Another prior to any interview for Employment are the proximate cause of Discrimination Against Plaintiff. Where such Practice or Policy Disproportionality screens out a Title VII Protected Group.

2). The Defendants have relied on and submitted Unauthenticated internet data,

(1)

Said documents are inadmissible, pursuant to Federal Rules of Evidence, 901, 902. The Defendants rely on internet garbage in reference to Plaintiff having an Alias, and the Accuracy of their information.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAY THIS MATTER MOVE TO DISCOVERY, AND TRIAL.

Respectfully Submitted,

_____.Dated this 21st day of May, 2019.
Arthur Carson
10434 W.36th St. # 10-B
Little Rock, AR 72204
(artcarson67@gmail.com)
501-508-1090


CERTIFICATE OF SERVICE:

I, Arthur Carson, certify that a copy of the foregoing Reply to Defendant's Motion to dismiss Is hereby mailed to: Jason Spak, Attorney for Defendants at P.O.Box 5262, Pittsburg, PA 15206, by U.S. Mail, postage prepaid.

I Swear the foregoing statements are true and correct.

_____.
Arthur Carson
Pro se

(2)