(PoSt. -3/12/14)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Arthur Carson | 4:19-cv-00256-BSM |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Roger Lacy, et al. | Summons and Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Roger Lacy c/o Anita Cotton, Manager, D & B Janitorial Services

ADDRESS Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 124 W. Capitol, #1700    Little Rock, AR 72201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Arthur Carson
10434 West 36th #10 B
Little Rock, AR 72204

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Number, and Estimated Times Available For Service):

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 27 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| Signature of Attorney or other Originator requesting service on behalf of: K. Rochelle | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 5/24/2019 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 09 | District to Serve No. 09 | Signature of Authorized USMS Deputy or Clerk | Date 6/13/19 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6/19/19    Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee 8.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 8.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:**

served via cert mail

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

Return Receipt (Form 3811) Barcode

9590 9266 9904 2144 2591 13

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X *Anita Cotten*  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): Anita Cotton     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Roger Lacy
c/o Anita Cotton, Manager, D&B Janitorial Services
124 W. Capitol #1700
Little Rock, AR 72201

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

4:19cv00256

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2144 2591 10

PS Form 3811, Facsimile, July 2015                      Domestic Return Receipt