
IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ARTHUR CARSON, PLAINTIFF

V.                                         CASE NO 4:19 CV-256-BSM

ROGER LACY, ET AL.,DEFENDANTS.

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR STAY OF RESPONSE DEADLINES

Comes Now the Plaintiff, Arthur Carson, and would like to Show this Court the following:

The Defendant's Motion to stay is nothing more than a way for Defendant's Counsel to Have the Court's doors closed to Plaintiff, to disregard Plaintiff's Right To Plead and Manage His case, pursuant to 28 U.S.C. 1654.

1). The Defendant's are false in the claim Plaintiff would not oppose a stay.this Is Ethically questionable by Counsel to make such statement.

### PROCEDURAL FAIRNESS:

Access to Court entails "Adequate, Effective and Meaningful Access", Bounds V. Smith, 430 U.S.817, 97 S.Ct. 1491(1977). Plaintiff's Rights are being chilled by Counsel's Attempts to change the process on Plaintiff.

2). To stay this process would give the appearance of bias, contrary to the Model Code- Of Judicial Conduct Canon 2, Rule 2.3 cmt. 2 (am Bar Ass'n 2011).

(1)

An Opportunity for a Fair Hearing with requirements to remain impartial are fundamental Procedural accommodation that would provide a diligent Self-Represented Litigant Acting in good-faith the opportunity to have His case fairly heard.

Nevertheless, There exist dispositive claims in this matter, Plaintiff ask this Court To Resolve in His Motion for Summary Judgment filed in this matter.

RESPECTFULLY SUBMITTED

_____. DATED THIS 16TH DAY OF DECEMBER, 2019.
Arthur Carson

## CERTIFICATE OF SERVICE

I, Arthur Carson, certify that a copy of the foregoing Motion is hereby mailed and Emailed to: Abtin Mehdizadegan, Attorney for Defendants, this 16th Day of December 2019.

I swear the foregoing statements are true and correct.

_____.
Arthur Carson

(2)