IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ARTHUR CARSON                                                       PLAINTIFF

v.                    CASE NO. 4:19-cv-00256 BSM

ROGER LACY, *et al.*                                          DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of April 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE