```
                                                          FILED
                                                      U.S. DISTRICT COURT
                                                   EASTERN DISTRICT ARKANSAS
```

IN THE UNITED STATES DISTRICT COURT   NOV 22 2021
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION   TAMMY H. DOWNS, CLERK
By: _____
      DEP CLERK

**ARTHUR CARSON**                                                     **PLAINTIFF**

VS.         **CASE NO 4:19-CV-256 (BSM)**

**D&B JANITORIAL SERVICE**                      **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL

     Plaintiff Arthur Carson, *pro se*, and Defendant D&B Janitorial Services, Inc., erroneously sued as D&B Janitorial Service (Defendant or D&B), by and through its attorneys, and for their Joint Stipulation of Dismissal, state:

     1.     The Parties have reached a settlement agreement that resolves all issues pending before the Court in this action.

     2.     As a consequence of the Parties' mutual resolution, they hereby jointly stipulate to the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. FED. R. CIV. P. 41(a)(1)(A)(ii) (". . . the plaintiff may dismiss an action without a court order by filing: . . . (ii) a stipulation of dismissal signed by all parties who have appeared").

     3.     Further, the Parties jointly stipulate that the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) shall operate as a dismissal **with** prejudice.

     Dated: November 16, 2021.

                                             Respectfully submitted,

                                             _/s/ Arthur Carson_____
                                             Arthur Carson, *pro se*
                                             11401 Mesa Drive, D232
                                             Little Rock, AR 72211
                                             Artcarson67@gmail.com
                                             **PLAINTIFF ARTHUR CARSON**

- And -

/s/ Abtin Mehdizadegan
Missy McJunkins Duke (#99167)
Abtin Mehdizadegan (#2013136)
Alexander D. Clark (#2017112)
**CROSS, GUNTER WITHERSPOON
& GALCHUS, P.C.**
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Phone: 501-371-9999 / Fax: 501-371-0035
mduke@cgwg.com
abtin@cgwg.com
aclark@cgwg.com
**COUNSEL FOR DEFENDANT**

236386