IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARTHUR CARSON**                                                                                          **PLAINTIFF**

v.                                       **CASE NO. 4:19-CV-00256-BSM**

**D&B JANITORIAL SERVICES**                                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE